# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Raymond Riles,<br>    *Plaintiff*, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action H-20-1830 |
| Kilolo Kijakazi,<br>Acting Commissioner of the<br>Social Security Administration,<br>    *Defendant*. | §<br>§<br>§<br>§ | |

## ORDER OF ADOPTION

On February 7, 2022, Magistrate Judge Peter Bray recommended that Raymond Riles's motion for summary judgment be denied and Defendant's motion for summary judgment be granted. ECF No. 19. No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The Commissioner's final decision is affirmed.

Signed on February 25, 2022, at Houston, Texas.

_____
David Hittner
United States District Judge